UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SYSCO CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-06723-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Upon review of the parties' Joint Case Management Conference Statement, the Court continues the June 4, 2020 Case Management Conference to July 2, 2020 at 1:30 p.m. via videoconference. The deadline to complete mediation is August 6, 2020. The Court will not continue the deadline if the parties cannot meet in person; instead, if the mediation cannot be done in person it must be done via videoconference. The parties shall submit an updated Case Management Conference statement by June 25, 2020 which must include the date of the mediation, the name of the mediator, the proposed form of notice, and a proposed schedule through trial.

**IT IS SO ORDERED.**

Dated: May 29, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge